**538**

**FORD MOTOR COMPANY, Appellant,**

v.

**Darrell DAUGHERTY and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

James M. Graves, William P. Swain, Boehl, Stopher, Graves & Deindoerfer, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, Buel L. Cox, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

**AMSTUTZ FEED COMPANY, Appellant,**

v.

**Alfred HALBRITTER and his wife Lorene Halbritter, Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

J. Chester Porter, Givhan & Porter, Shepherdsville, for appellant.

Athol Lee Taylor, Shepherdsville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Affirming in part— Reversing in part.*

**UNION LABOR HOUSING, INC., Appellant,**

v.

**Harry A. KELSON and Workmen's Compensation Board, Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

William G. Lehnig, Louisville, for appellant.

Benjamin Mazin, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

**Gladys JOHNSTON, a widow, et al., Appellants,**

v.

**Edward H. BROOKS and Barbara J. Brooks, his wife, Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

James E. Story, Eddyville, Pollard White, Hopkinsville, for appellants.

Johnstone & Eldred, Princeton, for appellees.

Memorandum Opinion of the Court by Special Commissioner LYNDON R. SCHMID, Affirming.*

* Opinion ordered not to be published.